**Order entered July 21, 2022**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00131-CR

**TYLON LADARRYL GREER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 354th District Court
Hunt County, Texas
Trial Court Cause No. 32082**

## ORDER

Before the Court is appellant's July 19, 2022 second motion for an extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due by August 22, 2022.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE